UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-2231-CIV-GOLD

AMPARO CAMPOS, et al.,

    Plaintiffs,

vs.

IMMIGRATION AND
NATURALIZATION SERVICE,

    Defendant.

_____/



### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On October 6, 1998, this case came before the Court for a hearing on Plaintiffs' Motion for a Preliminary Injunction. On September 22, 1998, this Court had entered a temporary restraining order prohibiting the defendants from denying plaintiffs Angela Rodriguez and Josefina Lopez United States citizenship at the interviews scheduled for September 25, 1998 and September 28, 1998. The Court set Plaintiffs' Motion for a Preliminary Injunction for an evidentiary hearing to be held on October 1st, 1998. The hearing was not held on October 1, 1998, however, because the defendants filed a motion for continuance which this Court granted. For the reasons stated on the record at the October 6, 1998 hearing on Plaintiffs' Motion for a Preliminary Injunction, the Court *sua sponte* extends the temporary restraining order by ten days, for good cause shown.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 1998.

                                            ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE



Page 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

copies provided:

JoNel Newman, Esq.
Florida Justice Institute, Inc.
2870 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 33131

Charles F. Elsesser, Jr. Esq.
Florida Legal Services, Inc.
3000 Biscayne Blvd. Suite 450
Miami, FL 33137

Lisette Losada, Esq.
Florida Immigrant Advocacy Center
3000 Biscayne Blvd.
suite 400
Miami, FL 33137

Dexter Lee, Esq.
Office of U.S. Attorney
99 NE 4th St.
Miami, FL 33131

Alice E. Loughran
Office of Immigration Litigation
U.S. Dept of Justice
PO Box 878
Ben Franklin Station,
Washington, DC, 20044