UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED BY _____ D.C.

98 DEC 18 PM 4:03

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA -MIAMI

| | |
|---|---|
| AMPARO CAMPOS, HECTOR CORELLA, ANGELA RODRIGUEZ, JOSEFINA LOPEZ, JUANA QUINTERO, SOFIA PARDO and AURA CONSUEGRA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMMIGRATION AND NATURALIZATION SERVICE; DORIS MEISSNER, Commissioner, Immigration and Naturalization Service; ROBERT WALLIS, District Director, Immigration and Naturalization Service, Miami; and ELAINE WATSON, Director, Naturalization Unit, Immigration and Naturalization Service, Miami,<br><br>Defendants. | Case No. 98-2231 CIV-GOLD<br>Magistrate Judge Turnoff<br><br><br><br>**PLAINTIFFS' MOTION TO CERTIFY THE CLASS** |

Plaintiffs AMPARO CAMPOS, HECTOR CORELLA, ANGELA RODRIGUEZ, JOSEFINALOPEZ, JUANA QUINTERO, SOFIA PARDO and AURA CONSUEGRA, by and through undersigned counsel, request this Court to certify this case as a class action pursuant to F.R.C.P. Rule 23 (a) and (b)(2). The class is defined as follows:

> All persons within the Miami District of the Immigration and Naturalization Service who have properly applied, or will apply in the future, for naturalization under 8 U.S.C. § 1445 who have also had pending at any time since March 19, 1997, a request for a waiver of either or both of the naturalization requirements that they demonstrate an understanding of the English language and that they demonstrate a knowledge and understanding of the fundamentals of the history, and of the principles and form of government of the United States, because of a medically determinable physical or mental impairment and whose request for waiver is now pending, will be filed in the future, or has been rejected by the INS.

69 A

The reasons for granting this Motion are contained in the accompanying Memorandum of Law.

Respectfully submitted,

JoNel Newman, Esq.
Randall C. Berg, Jr., Esq.
Peter M. Siegel, Esq.

Florida Justice Institute, Inc.
2870 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2309
(305) 358-2081
(305) 358-0910 - Fax

Charles F. Elsesser, Jr., Esq.

Florida Legal Services, Inc.
3000 Biscayne Blvd., Suite 450
Miami, Florida 33137
(305) 573-0092
(305) 576-9664 - FAX

Cheryl Little, Esq.
Joan Friedland, Esq.
Lisette Losada, Esq.

Florida Immigrant Advocacy Center
3000 Biscayne Blvd., Suite 400
Miami, Florida 33137
(305) 573-1106
(305) 576-6273 - FAX
Attorneys for Plaintiffs

By: _____
Charles F. Elsesser, Jr.
Florida Bar No. 0971162

## CERTIFICATE OF SERVICE BY HAND DELIVERY

I certify that a copy of the foregoing was served by hand delivery pursuant to S.D.Fla.L.R. 5.2 by

(1) serving a copy upon Mr. Dexter Lee, Esq., Assistant U.S. Attorney, 99 N.E. 4th St., Miami, FL 33132, by facsimile mail at (305) 530-7139 and by mailing a copy by regular mail on this 18th day of December, 1998.

(2) serving a copy upon Mr. Mark C. Walters, Esq., Ms. Teresa Wallbaum, Esq., Ms. Linda Wernery, Esq., Ms. Alice Loughran, Esq., Office of Immigration Litigation, Civil Division, Department of Justice, P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044, by facsimile mail at (202) 616-9366 and by mailing a copy by regular mail on this 18th day of December, 1998.

CHARLES F. ELSESSER, JR.